UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Conservation Law Foundation, Inc.**
    Plaintiff

    V.

CIVIL ACTION

NO. 1:21-cv-10258-ADB

**Town of Barnstable**
    Defendant

### ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Order dated January 3, 2023 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

    By the Court,

2/28/2023
    Date

/s/ Caetlin McManus
Deputy Clerk